IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH PAUL DAVIS, JR, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-713-X-BW |
| | § | |
| TRANSUNION, LLC, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), received on March 5, 2026 (Dkt. No. 4), is **DENIED**.

The Plaintiff shall pay the $405 filing fee within fourteen (14) days of this order, or this action will be **DISMISSED** without prejudice and without further notice by separate judgment.

**SO ORDERED** this 8th day of June, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE